Robert B. Owens, Esq. (Bar No. 77671)
rowens@ogrlaw.com
OWENS & GACH RAY
269 S. Beverly Drive, #1074
Beverly Hills, CA 90212
Ph: (310) 553-6611
Fax: (310) 954-9191

Gene Markin, Esq.
gmarkin@stark-stark.com
STARK & STARK, P.C.
993 Lenox Drive, Bldg. Two
Lawrenceville, NJ 08648
Ph: (609) 895-7248
Fax: (609) 895-7395
(PRO HAC VICE APPLICATION TO BE FILED)

*Attorneys for Plaintiff*
*Living Vehicle, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVING VEHICLE, INC., | ) Case No. 2:22-cv-06226-RGK (ASx) |
| Plaintiff, | ) **FIRST AMENDED COMPLAINT FOR** |
| | ) **DEFAMATION, TRADE LIBEL,** |
| vs. | ) **PRODUCT DISPARAGEMENT, AND** |
| | ) **INJUNCTIVE RELIEF** |
| MEGAN KELLEY aka MEGAN | ) |
| GRAHAM and JEFF ROBINSON, | ) **[DEMAND FOR JURY TRIAL]** |
| Defendants. | ) |
| | ) |
| | ) |

Plaintiff Living Vehicle, Inc. ("Plaintiff" or "Living Vehicle") as and for its First Amended Complaint against Defendants Megan Kelley aka Megan Graham ("Graham") and Jeff Robinson ("Robinson"), alleges as follows:

## NATURE OF ACTION

1.      This is an action seeking damages and injunctive relief against Defendants Graham and Robinson as a result of Defendants' defamatory, disparaging, and deceptive false public statements about Living Vehicle's trailer products.  After purchasing a Living Vehicle luxury trailer from Living Vehicle and spending *one night* in the trailer, Graham began a social media campaign whereby she alleged, contended, stated, and declared that she became extremely ill and suffered significant adverse health reactions as a result of toxic VOC and formaldehyde levels inside the trailer unit. Graham continued to proclaim and post on social media that the air quality inside of the Living Vehicle trailer had dangerous levels of VOCs, gases, and formaldehyde that made the trailer unsafe and uninhabitable.  Each of those statements is demonstrably false, misleading, deceptive, and unsubstantiated.

2.      Notably, prior to purchasing the trailer, Graham and Robinson had spent a significant amount of time inside the same model Living Vehicle trailer doing walkthroughs and tours, including spending hours inside the unit producing a video tour and review, which Graham posted on YouTube talking about how much she loved the trailer and all its features.  At no time during the many hours Graham and Robinson spent inside a Living Vehicle trailer prior to purchase did either of them complain of any headaches, symptoms, illness, smells, or adverse reactions.   Moreover, prior to accepting delivery of their purchased trailer, Graham and Robinson inspected the trailer and spent several hours inside the trailer without any issue, complaint, or symptom.

3.      Graham and Robinson have also made public comments and social media statements disparaging Living Vehicle and falsely claiming that Living Vehicle was not willing to take the trailer back and to provide a refund to Graham and Robinson.   Despite repeated demands for Graham and Robinson to cease making disparaging, defamatory,

untrue, and misleading statements about Living Vehicle and its trailer products, Defendants persisted in continuing their campaign of misinformation and defamation through social medial videos and posts on Instagram, YouTube, Facebook, Google, online forums, and review platforms.

4. Defendants' public statements, comments, assertions, and contentions are all demonstrably false and were made with the intent to cause reputational and brand injury to Living Vehicle. As a result of Defendants' defamatory, disparaging, false, and deceptive statements, Living Vehicle has suffered monetary damages as well as loss of business, loss of prospective economic benefit, brand and reputational damage, and loss of consumer trust. If the Defendants are not enjoined from making and maintaining false, unsupported, and defamatory statements, Living Vehicle stands to suffer immediate irreparable harm and injury to its brand, reputation, and business.

## JURISDICTION AND VENUE

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because the matter in controversy exceeds $75,000, exclusive of interest and costs, and the parties are citizens of different states.

6. Venue is proper in this District because a substantial part of the actions and events giving rise to the claims occurred here, 28 U.S.C. § 1398(b)(2).

## PARTIES

7. Plaintiff Living Vehicle, Inc. ("Living Vehicle" or "LV") is a California corporation with a principal place of business at 123 Santa Barbara Street, Santa Barbara, CA 93101.

8. Living Vehicle is a designer and distributor of Living Vehicle luxury travel trailers for personal and recreational use.

9. Defendant Megan Kelly aka Megan Graham ("Graham") is an individual who, upon information and belief, is a citizen of Massachusetts, and in all events is not a citizen of the State of California.

10.     Defendant Jeff Robinson ("Robinson") is an individual who, upon information and belief, is a citizen of Arizona, but in all events is not a citizen of the State of California.

11.     Upon information and belief, Graham and Robinson are currently traveling across the country and their exact whereabouts are unknown.

12.     Defendants Graham and Robinson are married.

## BACKGROUND FACTS

13.     Defendant Graham is a self-proclaimed social media "influencer" with various social media accounts and channels, including @megangrahamfitness and @megangrahambeauty on Instagram, Megan Graham channel on YouTube, and accounts on Facebook, Twitter, and TikTok.

14.     Defendant Robinson is Graham's husband and is usually the videographer behind Graham's videos.

15.     Graham's social media accounts reveal she presents herself as an "advocate" and "educator" having done "exposé" stories on her experience getting sick from mold exposure and silicone breast implants.

16.     It appears Graham receives the most engagement from followers, fans, and spectators who sympathize with her plight when she posts detrimental health-related stories.

17.     Graham's social media accounts boast tens of thousands of followers and appear to provide Graham with a source of income from paid advertisements.

18.     Thus, the more followers, the more views, the more dramatic a story, and the more shocking a revelation, the more money Graham can collect.

19.     Moreover, Graham has strived to develop a personal brand as a "health influencer" and uses any opportunity to sensationalize and dramatize events, experiences, and life "updates."

20.     Holding herself out as an authority on issues affecting health and beauty, Graham wants to "educate" her followers and push products.

21.     In or around September 2021, Graham submitted a web inquiry form to LV inquiring about a Living Vehicle trailer.

22.   During the initial correspondence, Graham revealed she is recovering from mold exposure and inquired about VOCs, to which LV informed her that "We do not guarantee 'VOC Free.' Definitely Low VOC."

23.   In response, Graham admitted she was a prolific hair stylist (and therefore is exposed to many VOCs and irritants as part of her work) and is not sensitive to chemicals:

Thanks so much for your email as well as the information. I've been watching tons of your Living Vehicle You tubes to learn as much as possible.

While I am definitely aware of ( and prioritize ) Good construction, lower VOCs, and things like that... I am fortunate in that I am not nearly as a chemically sensitive as many people. The business that I own in Boston is a hair salon, ( www.megangrahambeauty.com ) and I'm one of the top hair colorists in Boston, so I am able to tolerate chemicals more than most for sure.

24.   As a hair stylist and colorist, Graham has worked in high VOC settings, which may have contributed to many of her claimed symptoms following mold exposure and breast implantation.

25.   After the initial correspondence and discussion, Graham and Robinson requested a tour to see and experience Living Vehicle trailer units in person.

26.   In October 2021, Graham and Robinson travelled to LV's headquarters in Santa Barbara, CA and met with LV's co-founders and executives Matthew Hofmann and Joanna Hofmann.

27.   At LV's headquarters, Graham and Robinson took a tour of the facility, spoke with the Hofmanns about the trailers, and walked inside various trailers, including the same model trailer Graham and Robinson ended up purchasing.

28.   Graham and Robinson spent significant time inside and around LV trailers and did not express any concerns over the air quality or experienced any type of adverse reactions.

29.   Graham and Robinson spent hours at LV's facility in order to do a vlog (video blog) on Living Vehicle trailers.  With Robinson behind the camera, Graham spent a significant amount of time (more than an hour) inside a Living Vehicle trailer going over all the features, finishes, amenities, and attributes of the trailer.  Neither Graham nor Robinson

ever reported or expressed feeling dizzy, nauseous, unwell, or sick; rather, Graham expressed to the Hofmanns her and Robinson's elation and excitement about the LV trailer and their desire to purchase one.

30.     In fact, a few weeks later, Graham posted her vlog on YouTube containing a glowing review of the trailer and nothing but positive remarks and comments about her experience inside the trailer.

31.     Around the same time, Graham posted stories describing the health challenges she faced after being exposed to mold in her apartment, and conveniently at the same time, promoted a Microbe Formula product she claims helped with her symptoms.

32.     In November 2021, Graham posted a YouTube video comparing Living Vehicle to Airstream, which received nearly 3000 views.

33.     Graham had requested, received, and used in her video professional images of Living Vehicle trailers provided by LV.

34.     Not only did Graham exclaim she "loved" the Living Vehicle trailer and its features after having toured one in person, but comments from the public reveal that many people who follow Graham and her videos were prospective purchasers, aware of Living Vehicle, and expressed interest in the brand. *See* Compilation of Comments to Graham's YouTube Video Comparing Living Vehicle to Airstream, attached hereto as **Exhibit A**.

35.     In fact, one LV customer explicitly told LV that Graham's video review of the Living Vehicle trailer influenced his decision to move forward with his purchase of an LV trailer.

36.     This was not surprising since LV shared Graham's video with its customer base through its newsletter listserv and posted the video on LV's website/blog, establishing Graham as an authority on Living Vehicle trailers and resulting in many Living Vehicle owners, customers, and prospective purchasers following Graham and engaging with her on social media.

37.     In early 2022, Graham and Robinson decided to purchase a 2022 Living Vehicle PRO-EV trailer (the "Trailer"), and on or about February 14, 2022, Graham and

Robinson enter into a Purchase and Sale Agreement with Living Vehicle agreeing to purchase the Trailer.

38. Over the next several months, Graham posted various stories about her experience with breast implants and the adverse symptoms and deteriorated health she experienced as a result.

39. In May 2022, Graham decided to undergo explant surgery and documented her experience on social media.

40. Graham complained of "terrible bloating, bloodshot eyes and inflamed skin. Constant infections, extreme fatigue, inflammation, chemical sensitivities, difficulty swallowing, burning in my implant area and brain fog."

41. In her posts she would use the hashtag #breastimplantillness and told her viewers and followers she felt her body "shutting down" and like she was "dying," and complained of skin issues.

42. In early June 2022, Robinson signed a Non-Disclosure Agreement ("NDA") agreeing to keep confidential any information provided to him by or on behalf of LV pertaining to the Trailer, LV, and LV's business.

43. Specifically, the NDA's definition of Proprietary Information includes "proposals".

44. Towards the end of June 2022, Graham and Robinson took delivery of their new LV Trailer.

45. Robinson and Graham travelled to LV Headquarters to pickup the trailer; at time of pickup, Defendants did a walkthrough, spent several hours in and around the trailer, and provided a punch list of minor items to address. At no time did Graham and Robinson complain of any smells, headaches, or nausea while inside the unit.

46. After having the trailer shipped to Robinson in Arizona, Robinson spent approximately a week with the trailer at his residence, preparing the unit for transportation to the East Coast. Upon information and belief, Robinson spent a significant amount of

time inside the trailer prior and during his trip cross-country and did not voice any concerns or inform LV that he experienced any adverse symptoms after being inside the trailer.

47.     After taking possession of the Trailer in order to transport it across country to New Hampshire, Robinson informed LV that "everything was going well."

48.     On or about July 15, 2022, Graham and Robinson cancelled their trailer orientation stating that Graham and her mother had contracted COVID-19.  Presumably, for Defendants to represent that Graham had COVID she must have tested positive or was exhibiting hallmark symptoms such as headaches, body aches, fever, sore throat, difficult breathing, fatigue, etc.

49.     At no time did Robinson or Graham complain to LV that they were experiencing symptoms after spending time in their new trailer.

50.     Instead, on July 17, 2022, without any warning, complaint, or discussion with LV, Graham posted a video on Instagram saying that after sleeping inside a "mega expensive trailer" her and Robinson had just purchased, she became incredibly sick and suspected "formaldehyde poisoning:"

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15



16    51.    The next day, Graham continued the storyline with additional posts talking
17 about having purchased a trailer from a "company out of California" and complaining that
18 the "entire trailer smells like glue" and saying she cannot go inside of it "because my
19 kidneys and liver are really struggling" and that Robinson gets an instant headache when he
20 goes inside the trailer.

21    52.    Despite allegedly being "near death," vomiting for days, having crushing non-
22 stop headaches, and suffering from organ failure, Graham had the time and ability to make
23 social media videos but did not at any point reach out to LV to inform any of the people she
24 had personally communicated with through text message, email, and phone about the
25 situation.

26    53.    On July 19, 2022, Graham posted on Instagram that her "brand new solar
27 travel trailer," which was advertised as using low VOC materials, has "extremely high
28 VOCs and "full of formaldehyde" and promised to publish "the results" to make sure "that

FIRST AMENDED COMPLAINT FOR DEFAMATION, TRADE LIBEL, PRODUCT DISPARAGEMENT, AND INJUNCTIVE RELIEF

no one else gets sick as I did."  Asserting that the trailer was "far from clean, safe and low VOC," Graham claimed that neither her nor Robinson could step inside the trailer without "getting dizzy and nauseas:"

**megangrahamfitness** I'm still trying to figure out where the disconnect is with the advertising for our brand new solar travel trailer.

The literature on their website listed as being carefully selected low VO see materials, but apparently it's has extremely high VOCs and is also full of formaldehyde. Is there any truth in advertising these days?

Anyone that I've ever showed this brand to thought that it was so nice and I see it being marketed all over the Internet.

One thing is for sure and that is that I am going to be publishing all of these results so that people can actually know what it's like, and I will make sure that no one else gets sick as I did.

I always try to see the positive in situations, and being in the thick of this one and feeling so terrible after sleeping in the trailer makes it tough to be positive, but I'm sure that there's going to be a good experience that comes out of it and I hope that it's that I will be able to help others avoid this happening to them.

I was so careful with my selection of this product, as I've worked so hard to get my health to a great place. This is unexpected, sad and unnecessary. It's a small company, and clearly they don't have the experience that they need to be advertising their products as they do.

It is far from clean, safe and low VOC. Neither my husband nor I can go inside the trailer without getting dizzy and nauseas, and he will only do so while wearing a respirator. I haven't felt well enough to make a video about the experience yet for my YouTube, but I'm sure it's going to help a lot of people to avoid this ever happening to them. That must be the silver lining in the situation!

#traveltrailer #formaldahydepoisioning #changeofplans

**FIRST AMENDED COMPLAINT FOR DEFAMATION, TRADE LIBEL, PRODUCT DISPARAGEMENT, AND INJUNCTIVE RELIEF**

54.   In response to a comment asking about her symptoms after explant surgery, Graham stated "I really can't answer that.  If you watched the video I currently have formaldehyde poisoning and can barely walk," completely ignoring the fact that just days earlier, she was complaining about being severely ill from her pre-existing conditions.

55.   In response to another comment, Graham stated she measured the air quality with her own VOC meter and it was "off the charts … I am still throwing up several times a day from it one week later.  It was also a 640k trailer, so…not what we paid for.  I think I may have permanent organ damage from the poisoning":



56.   The same day, Graham posted a video stating she had received the air quality test results which showed "very very high VOC levels and very very high formaldehyde" inside the trailer despite the trailer company advertising the trailer as low VOC and healthy:

FIRST AMENDED COMPLAINT FOR DEFAMATION, TRADE LIBEL, PRODUCT DISPARAGEMENT, AND INJUNCTIVE RELIEF

57.     Graham went on to say that the VOCs are "so high" that her and Robinson cannot set foot in the trailer because it makes them instantly sick.

58.     Graham concludes the video by cautioning viewers "I probably wouldn't buy one of their trailers."

59.     Graham posted several stories on Instagram highlighting that Living Vehicle advertises using low and no VOC materials and further detailing her "saga" with the "killer trailer:"

FIRST AMENDED COMPLAINT FOR DEFAMATION, TRADE LIBEL, PRODUCT DISPARAGEMENT, AND INJUNCTIVE RELIEF



60.     In her IG stories, Graham accuses Living Vehicle of "lying" and knowing its trailers are "toxic," is sure the high VOCs and formaldehyde in the trailer made her "so sick," she felt like she was "being stabbed in the throat" when she slept in the trailer, the issue is because LV used "toxic 3M tape" to bond the trailer together, has never felt "this

bad" in her entire life, is "barely alive," and wants to protect others from this happening to them.

61.     After seeing Graham's posts, LV reached out to Robinson to inquire about the situation and Graham's health.  The same day, Robinson emailed LV stating that Graham did not have COVID but after spending *one night* in the trailer she had to be rushed to the ER, has excruciating headaches and non-stop vomiting, and has been bed ridden for 10 days.  Robinson goes on to say they are having the air quality tested and will have the lab results later in the week but the initial analysis shows "very high VOCs and Formaldehyde."  Robinson also asserts that when he goes inside the trailer he gets "light headed, dizzy, foggy brain and feel nauseous" and that he had to wear a "respirator" when he went inside the trailer to gather some personal belongings.  He further says they are "homeless" and staying in an AirBNB.  He then alleges that chemicals used in building the LV "are making us sick."

62.     Notably, despite being "deathly ill," being "bed ridden," and allegedly suffering from organ failure and "formaldehyde poisoning," Graham had the strength, mental clarity, and energy to produce and compile lengthy social media videos and posts regularly, often multiple times a day.

63.     Within hours of Robinson's email, LV's CEO Matthew Hofmann responded by acknowledging the importance of Graham/Robinson's health and safety, vowing to investigate and take care of the issue, offering to accommodate Robinson by buying back the trailer, offering to take care of the AirBNB as a gesture of goodwill, and requesting access to the trailer to conduct independent testing:

14

Jeff,

I have been alerted today about the issues you are experiencing, and I wanted to reach out as quickly as possible.  Your and Megan's health is of utmost importance, and I will ensure this is our top priority. Joanna just shared Megan's social posts, and I am very sorry to hear what she has gone through.  Please share my thoughts and support with her.

We care very much about you as customers, and this news is heartbreaking for me.  I will mobilize whatever is necessary to ensure you are well taken care of.   If something is going on, I want to know about it to take action and fix the issue.

We take matters like this very seriously.  We do our absolute best to make every customer happy.  We will investigate remediation efforts and if that's a possibility based on the cause of the issue - we will put our full attention on that.  Should you choose to get out of the unit altogether and it is not a good fit, we will be able to accommodate a buyback for you.

While we are figuring out the resolution, I want to put you at peace of mind.  I understand you needed to rent an Airbnb as temporary housing.  As a gesture of goodwill, I'd like to take care of your rental for the next week.

I am baffled about what has caused your experience and will do everything possible to remedy the situation.  We make it a purpose to use low VOC materials, and I have no idea what has caused this.   I will be reviewing tomorrow with the service team any work that was done to the unit after you came to inspect it here at the LVHQ.

Please send the VOC report you have gathered.  I will also need to send out an independent testing agency asap to understand exactly what is going on and determine what is causing this.  If I need to fly out and personally come to inspect the unit and oversee any remediation, inspection, or repairs - I'll make that happen.   This is my top priority.

Please tell us how you would like us to handle this and how best I may take care of you both.  I suggest we jump on a call tomorrow so I may understand how best to support you.

My thoughts are with you both,

**Matthew Hofmann**

64.     It turns out Robison/Graham never stayed in an AirBNB but were living at Graham's mother's house in New Hampshire.

65.     On July 22, 2022, Robinson forwarded to LV the testing reports he had received from Enthalpy Analytical as well as a narrative report discussing the results by IndoorDoctor.  *See* Enthalpy and IndoorDoctor Reports (the "Testing Reports") attached hereto as **Exhibit B**.

66.     Notably, the Testing Reports indicated that air quality samples were taken inside the Trailer on July 18, 2022 and analyzed on July 19, 2022; yet Graham had started posting on her social media proclaiming she was suffering from formaldehyde poisoning and exposed to extremely high levels of VOCs on July 17, 2022, a day before any samples were taken and a few days before the lab could possibly have any test results to provide.

67.     Moreover, the Testing Reports identify most of the results as "Normal" and only categorizes a few items as "Severe" or "Elevated" – and only in comparison to empirical data acquired by Enthalpy over the course of its testing for other customers.

68.     Most importantly, the Testing Reports do not identify any harmful levels of any individual VOCs or chemicals, and do not conclude that any identified substances have caused Graham or Robinson any physical injury or illness.

69.     In fact, LV has sold trailers to numerous "health sensitive" customers who had no complaints about the air quality inside their trailers after living in them for extended periods of time.

70.     Shortly after receiving the Testing Reports, Matthew Hofmann wrote to Robinson on behalf of LV stating LV has never had any other customers complain about VOC or formaldehyde inside the trailers but nevertheless offering to amicable resolve the matter by buying back the trailer, offering to provide a draft settlement agreement, and again requesting access to the trailer for independent testing.

71.     Thereafter, through counsel, LV presented Robinson and Graham with a draft CONFIDENTIAL settlement agreement, which provided terms for: LV taking possession of the trailer and buying it back for full price subject to any deductions for any damages that had been caused by Robinson/Graham's use of the trailer; removal of any and all social media posts, blogs, and comments that were made by or in control of Robinson/Graham; confidentiality; and non-disparagement.

72.     Rather than respond with any proposed changes or attempt to negotiate the terms of the settlement agreement, Graham and Robinson took to the Internet to continue bad-mouthing, defaming, and disparaging LV.

73.     Since first finding out about Graham's allegations, the Hofmanns sent numerous communications to Robinson and Graham expressing their concern and sympathy for her alleged health condition, offering to help rectify the situation, and even offered to personally fly out to New Hampshire to inspect the trailer and get to the bottom

of the issue.  Despite LV's efforts, offers, and caring sympathies, Graham saw fit to vilify LV on social media by falsely claiming LV was ignoring them, not taking responsibility, not doing anything to remedy the situation, and not communicating with them about the issue.

74.    On August 1, 2022, Graham posted on Instagram a picture of inflammation on her face claiming it was from spending a few days in the Trailer.  In that post, Graham promised to put out a YouTube video with the trailer company name and explaining the air testing lab results she had gotten.  She also made the following statements:

> It's really interesting that when companies do something wrong, they really don't want you to talk about it.

> I don't think that most people that could afford this trailer would ever buy this trailer after they see the air quality results. Sure, it looks great ... But I don't think that anyone would risk their health for something that looks pretty.

> Methyl butane and pentane exposure is dangerous, and unnecessary.

> I hope the tour and labs are helpful to anyone that is thinking of purchasing from them.

> #traveltrailer #solar #California #livingvehicle

75.    Despite Living Vehicle's repeated demands that Graham and Robinson cease making false, misleading, deceiving, disparaging, and defamatory statements on social media and online, Graham and Robinson continued promulgating untruthful information and defamatory statements in order to cause harm and injury to LV and its business.

76.    On August 2, 2022, Graham posted a video on Instagram making the following statements about LV and the Trailer:

> I went to the hospital after first night sleeping in it.

*We had it air tested and it is super unhealthy with lots of pentane and methyl butane.  And the company doesn't want to take it back and they said it's just not that bad.*

*This week we are going to be announcing their name.*

*My husband Jeff can't go into it without a respirator on.*

*They just sent us a document that's like a novel that they'd would like us to sign to take it back because they don't want anyone to know about it.*

*I think it will be the last travel trailer they sell and that's enough for me.*

77.     In the narrative comment attached to the video, Graham proclaimed that LV knew she was chemically sensitive yet provided her with "an uninhabitable vehicle" and "[a]lthough they know their vehicle is unsafe… They took a look at the horrific air quality results and said they don't look that bad."

78.     In the comments section, Graham replied "Living Vehicle travel trailer" in response to a question about which company she was talking about.

79.     The same day Graham posted another Instagram video talking about how severe the chemical exposure has been after spending time in the trailer and musing that the silver lining is that she can present "the facts so that other people don't get exposed to this". Her post then concludes with the hashtags #santabarbara #traveltrailer #custom #livingvehicle #luxuryunplugged (jk).

80.     Because her post included the hashtags #livingvehicle and #luxuryunplugged, anyone searching for Living Vehicle or Luxury Unplugged, LV's federally registered trademarks, brand name, and slogan, would see Graham's defamatory statements.

81.     Graham posted other videos discussing how bad her skin looks and feels after having slept in the "Living Vehicle travel trailer," the dangerous levels of methyl butane and pentane inside the trailer, the high levels of formaldehyde, VOCs, and carbon

18

monoxide,  how poorly LV was treating her by refusing to buyback the trailer and wanting her to not talk about her experience, and how she is presenting "true facts" so that other people do not buy LV trailers and get harmed:



82.    Graham also posted a picture of the first page of the IndoorDoctor report, LV's advertising stating the indoor air quality is designed to have low emissions from solvents, chemicals, and VOCs, and a snapshot of online search results for "health effects from high VOC levels".

83.    On August 3, 2022, Graham posted a lengthy YouTube video recounting her experience with the LV Trailer, discussing how sick she became after spending a night in

the Trailer, and attributing her symptoms and sickness to severe formaldehyde and VOC levels inside the Trailer based on the air quality lab testing results she had received.  In that video, she states that the total VOC levels inside the Trailer were 9 times the healthy limit, there was actively growing mold, there were high levels of dangerous methyl butane and pentane, her symptoms got a lot worse from high VOC exposure from the Trailer, the VOCs in the Trailer sent her to the hospital, the Trailer did not function as promised and was unsafe, and exposed specific details of the terms of the CONFIDENTIAL draft settlement agreement.

84.    In the video, Graham acknowledges that people who know her, including her social media followers and salon clients, oftentimes take her recommendations and would purchase an item as expensive as an LV Trailer because she endorses it – and therefore she had to retract her prior glowing reviews because she does not want anyone else getting as sick as she did from an LV trailer.

85.    The next day, Graham posted another YouTube discussing her experience with the Trailer, showcasing the air test quality results, showing Robinson getting out of the trailer with a gas mask, and continuing to make similar statements that the VOC levels inside the Trailer are harmful, caused her severe health problems, and have made the Trailer uninhabitable.  Graham also disclosed details about the Parties' settlement discussions, the terms of the CONFIDENTIAL draft settlement agreement, and accused LV of not doing the right thing by not taking back the trailer and having it tested.

86.    Many people commented on Graham's YouTube videos with sympathy for Graham and expressed disdain for LV based on Graham's representations.   One commentator mentioned having dreamed of owning an LV trailer but says "[s]omething feels a bit fishy and I think you may be opening up the curtain on what that is":

FIRST AMENDED COMPLAINT FOR DEFAMATION, TRADE LIBEL, PRODUCT DISPARAGEMENT, AND INJUNCTIVE RELIEF

**Stephen Skidmore** 8 days ago (edited)

My wife and I have been following and dreaming of life in a LV for the past few years. They look amazing but it always seemed odd to me that there are no negative reviews. There are very few independent reviews for that matter. I know they only make a dozen or so a year so there are not many customers, no one has any complaints? Or even suggestions for improvements? Something feels a bit fishy and I think you may be opening up the curtain on what that is. I'm guessing you might be hearing from those attorneys some more. It's disappointing. Have you tried reaching out directly to the Hofmanns?

👍 1    👎    ❤️    REPLY

▲  **3 REPLIES**

**Megan Graham** 8 days ago

Hi there, that's very astute that you noticed that. I was looking through their reviews the other day and noticed that many people just said they had looked at them online etc? Couldn't see many from owners ( or previous owners ) that had purchased them.  In my opinion, if others that had an issue had to sign an NDA to get their money back...they would not be able to discuss the issue. The company is very small, and much of the communication came to us from Matthew Hoffman.  He said we could be a part of the buyback program. There has been quite the push for me to stop talking about a crucial issue.  I've always shared my experiences with different things on YouTube, and both ...

Read more

👍 👎    REPLY

**Stephen Skidmore** 8 days ago

@Megan Graham  thanks for being brave to post! And so honest. It kind of sucks that there are not many full time options other than airstreams and they have their own limits. And we were practically neighbors, we live in Brookline.

👍 1    👎    ❤️    REPLY

87.    Graham also posted a long story on her blog at www.megangrahambeauty.com with pictures and a narrative talking about how the LV trailer made her so sick because it was filled with dangerous VOCs, was a faulty product, and not as advertised.  *See* Living Vehicle Air Quality Findings Blog attached hereto as **Exhibit C**.

88.    Graham has made similar disparaging and defamatory statements, accusations, and comments on Facebook, Twitter, and TikTok.

89.    This caused people who follow Graham to believe her statements about LV and the Trailer, and to even go so far as to post about LV and to write to LV to demand LV give Graham a refund:



## Pardot Form Notification

View Prospect | View Prospect in CRM

Form Submission: Living Vehicle Just Contact Form - 6.14.2021

| Field | Value |
|---|---|
| First Name | B |
| Last Name | Laabs |
| Email | Rpmlaabs@hotmail.com |
| Phone | 919 7495222 |
| Zip | 27592 |
| Contact Form Request Type | Ask a Question |
| Message or Press Inquiry | Why would you not refund money back for a living trailer with high Tvocs. Unacceptable a buyer has extreme health issues with a clear inspection of the trailer. We will help her put the word out. Accept responsibility for your product. I will help her put the word out. |
| Brochure Newsletter Opt In | |

90.     Notably, "Taylor Brame" has never owned an LV trailer and is not a current, past, or prospective LV customer with whom LV has ever had any business relationship.

91.     On or about August 7, 2022, Robinson posted a comment on an article reviewing Living Vehicle trailers on www.rvtravel.com stating the LV trailer he purchased was not as advertised, had severe levels of VOCs which caused sore throats, nausea and headaches, LV has not wanted to provide a full refund and to take back the trailer, and LV wants him to stop talking about it:

22

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19



20      92.     Each of the public online statements made by Graham and Robinson about the
21  LV Trailer having dangerous VOC and formaldehyde levels, Graham having formaldehyde
22  poisoning and adverse health reactions to sleeping inside the Trailer for one night, Graham
23  and Robinson becoming sick when stepping foot inside the trailer, there being mold growth
24  inside the Trailer, LV refusing to take back the Trailer and to provide a refund, LV
25  engaging in false advertising and selling a trailer it knew was dangerous and harmful, and
26  the Trailer having harmful toxic air quality are all unequivocally unsubstantiated, false,
27  misleading, unsupported by objective facts, disparaging, defamatory, and harmful to LV
28  and its reputation.

93.     After receiving the Testing Reports, Living Vehicle engaged J.S. Held, a global consulting firm with environmental scientists and experts with experience in air quality testing and analysis.

94.     Specifically, LV engaged Robert Leighton, MHS, CIH, CSP to review the Testing Reports and provide his opinion and analysis of the reported VOC, formaldehyde, gas, and chemical levels inside the Trailer.

95.     Based on his 40 plus years of experience in industrial hygiene and environmental health as well as established standards and thresholds for VOC, particulate matter, gases and formaldehyde levels and exposures, Leighton unequivocally concluded and determined that "the air quality inside of the Living Vehicle trailer purchased by Graham/Robinson is normal, not harmful, and in line with regular amounts of VOCs one would expect to find inside of a habitable home."  *See* Letter Report of Robert Leighton dated August 23, 2022 (the "Leighton Report"), attached hereto as **Exhibit D**, at Page 1.

96.     In fact, Leighton points out that the amounts of VOCs, toxic gases, and particulate matter found inside the Trailer were "very low" and "well below even the most stringent exposure levels of OSHA, NIOSH, and ACGIH".  *See* Leighton Report at Page 3.

97.     Leighton explains that each VOC must be evaluated individually to determine whether it exceeds any established standards because many VOCs are harmless and others contain varying degrees of potentially harmful substances with differing exposure limits:

> As individual VOCs have widely differing toxicities it is inappropriate to compare sample test results based solely on a composite total VOC concentration without identifying the actual constituents and individual VOC concentrations of those other samples or knowing anything about the type of environment from where those samples originated.

[*See* Leighton Report at Page 3].

98.     After pointing out the shortcomings and flaws in the Testing Reports, the misleading labels used (moderate, elevate, severe, etc.), the lack of critical information and outdoor environment testing, and the inappropriateness of presenting VOC results in the

aggregate (total VOCs) versus evaluating each individual constituent, Leighton emphasizes that "the reported VOC and formaldehyde levels are within normal, acceptable ranges and do not rise to the level of creating harmful conditions." *See* Leighton Report at Pages 3-6.

99.   With respect to Graham's claims of dangerous methyl butane and pentane levels, Leighton showed that the reported levels of pentane and methyl butane inside the trailer were *10,000 times less* than the no-effect threshold reported by NIOSH and were within normal, acceptable range. *See* Leighton Report at Page 9.

100.   Moreover, Leighton confirmed that the formaldehyde levels found in the Trailer, reported at 61 ppb, were well below the 750 ppb exposure limit set by OSHA, the industry standard limit of 100 ppb, and even the more stringent 80 ppb limit used by the World Health Organization. *See* Leighton Report at Pages 10-11.

101.   Leighton also concluded that the particulate matter and toxic gas (carbon monoxide) levels identified in the Trailer were normal, acceptable, and within tolerance. *See* Leighton Report at Pages 11-12.

102.   As such, every statement made by Graham and Robinson about dangerous VOC and formaldehyde levels inside the trailer, uninhabitability, adverse physical reactions due to toxic air quality, and unsafe living conditions are objectively false, unsubstantiated, untrue, misleading, deceptive, disparaging, and defamatory.

103.   LV provided the Leighton Report to Graham/Robinson and again demanded they cease making false disparaging statements about LV and that they take down all posts about or concerning LV or its trailers.

104.   Despite receiving the Leighton Report, Graham and Robinson have refused to stop making, promulgating, publishing, and maintaining damaging and untrue statements and comments about LV.

105.   The false public statements made by Graham and Robinson about LV and its trailer products are likely to cause and have caused irreparable harm to Living Vehicle and its brand.

106.   The video and image of Robinson stepping out of the Living Vehicle Trailer with a gas mask, which was shared by Graham's followers on social media, was especially provocative, damaging, and harmful to LV:





107.   As evidenced by the many comments from prospective purchasers and those familiar with Living Vehicle and its trailers, Graham's posts have impacted consumers' perception of Living Vehicle and caused brand damage.

108.   For instance, on August 16, 2022, a customer who was under contract to purchase a new LV trailer wrote to LV expressing concerns about moving forward due to the "bad reviews" he saw from the "wom[a]n in Boston."

109.   The customer referenced Graham's initial "glowing" reviews as "a big part of our decision to move forward with your company" and now wanted assurances about the quality of the trailers in order to gain comfort that LV would stand behind its products.

110.   Discussions with that customer are ongoing as LV attempts to salvage its business relationship.

111.   It is likely and inevitable that many prospective consumers who were considering purchasing an LV trailer have been turned away from LV as a result of Graham's posts, videos, blogs, and online statements slamming LV and claiming LV trailers are unsafe and toxic.

112.   And in fact, that was the stated point and purpose of Graham's posts and stories – to deter people from purchasing an LV trailer and being exposed to high levels of VOCs and formaldehyde.

113.   The problem is that neither LV trailers nor Graham and Robinson's Trailer have high levels of VOCs or formaldehyde.  LV's trailers are completely habitable and safe and do not have any of the adverse characteristics Graham and Robinson openly claimed they have.

114.   It seems Graham and Robinson were never interested in the truth but rather in creating drama, hype, and increased viewership at LV's expense.

115.   Without regard for the damage their statements and untruths were causing, and despite LV's repeated offers to take back the Trailer and give Graham/Robinson a refund, Graham and Robinson persisted in making false disparaging statements in order to hurt LV and deter consumers from purchasing LV trailers.

116.   As a result, LV has suffered and will continue to suffer brand damage, reputational harm, and loss of business if Graham and Robinson are not enjoined from continuing to make false and misleading statements and are not forced to remove all their disparaging content and statements from the Internet.

## COUNT ONE

## DEFAMATION

117.   Plaintiff realleges and incorporates herein by this reference the allegations set forth in paragraphs 1 through 116, inclusive, set forth above.

118.   Defendants have intentionally published and posted public statements of fact that are false in order to injure and harm the reputation and business of Living Vehicle.

119.   The public statements made by Defendants concerning the air quality of the LV Trailer, the existence of high levels of harmful VOCs and formaldehyde inside the Trailer, the alleged illness and sickness experienced by Defendants due to being exposed to the air inside the Trailer for a short period of time, and the reluctance of LV to take back the Trailer and provide Defendants with a refund are all provably false, have a propensity to deceive the public as to the quality of LV trailers and the character of LV as a company.

120.   Defendants' statements are defamatory, unprivileged, and have a tendency to cause injury, brand damage, and special damages.

121.   Defendants' statements expressly or impliedly assert facts which are susceptible to being proven false, and are in fact false, misleading, and untrue.

122.   Defendants' defamatory statements were communicated and published to one or more prospective consumers who understood their defamatory meaning and application to LV.

123.   Defendants' false statements disparage and cast aspersions on LV as well as call into question Plaintiff's honest, integrity, or competence.

124.   Defendants' defamatory statements place LV's reputation at issue and have caused reputational harm to Living Vehicle.

125.   By and through libelous and slanderous false statements, Defendants have defamed Living Vehicle and have caused consumers and prospective consumers of Living Vehicle trailers to change their perception of LV, avoid doing business with LV, and to regard LV as untrustworthy, incompetent, and dishonest.

126.  Defendants' defamatory statements have caused pecuniary, reputational, and irreparable harm to LV, and if not enjoined, Defendants will continue promulgating, maintaining, and disseminating false, misleading, deceptive, and damaging statements.

## COUNT TWO
## TRADE LIBEL

127.  Plaintiff realleges and incorporates herein by this reference the allegations set forth in paragraphs 1 through 126, inclusive, set forth above.

128.  Defendants have intentionally made disparaging public statements about the quality of Plaintiff's products, specifically the Living Vehicle trailers.

129.  Defendants have falsely claimed that LV trailers have dangerous and harmful levels of VOCs and formaldehyde, that the air quality inside LV trailers causes sickness, Defendants have had adverse health reactions and symptoms as a result of stepping foot inside an LV trailer, that LV has falsely advertised its trailers as using low-VOC materials, and that LV has refused to take back the Trailer and provide Defendants with a refund.

130.  Defendants' published falsehoods involved matter derogatory to Plaintiff, Plaintiff's business, and the quality of Plaintiff's products.

131.  Defendants' disparaging statements have resulted in pecuniary damage to Plaintiff.

132.  As evidenced by the comments to Defendants' false and disparaging social media posts, customers who were otherwise considering purchasing a LV trailer no longer wish to do business with LV.

133.  A current customer who was under contract to purchase an LV trailer voiced concerns about moving forward with the purchase due to Defendants' disparaging statements and social media posts.

134. Defendant Graham has admitted that her followers, viewers, and clients include prospective purchasers of LV trailers who would purchase a trailer based on her

**FIRST AMENDED COMPLAINT FOR DEFAMATION, TRADE LIBEL, PRODUCT DISPARAGEMENT, AND INJUNCTIVE RELIEF**

recommendation, and by extension, would decide not to purchase an LV trailer based on her disparaging statements and comments.

135.   Defendants' disparaging and false statements have induced customers and prospective customers to not deal with Plaintiff and/or to change their perception of Plaintiff and its trailer products.

136.   Defendants' injurious statements were couched as facts, were false, made with malice and intent to cause harm to LV, and have resulted in monetary loss and damage to LV.

137.   As a result of Defendants' product disparagement, Plaintiff is entitled to injunctive relief, compensatory damages, and punitive damages resulting from Defendants' bad faith and intentional conduct.

## COUNT THREE
## BREACH OF CONFIDENTIALITY

138.   Plaintiff realleges and incorporates herein by this reference the allegations set forth in paragraphs 1 through 137, inclusive, set forth above.

139.   Defendant Robinson signed an NDA with LV which precluded Robinson from disclosing Confidential Information, including proposals, to third parties.

140.   In an effort to resolve the dispute that arose between Plaintiff and Defendants, Living Vehicle prepared a draft settlement agreement, which was marked and designated CONFIDENTIAL, and provided to Defendants through counsel as part of confidential settlement discussions.

141.   After receiving the CONFIDENTIAL draft settlement agreement, Defendants promulgated, disseminated, and published public statements online and on social media disclosing specific and confidential terms of the CONFIDENTIAL settlement agreement and Living Vehicle's proposal.

142.   Defendants' breach of confidentiality has caused damage and harm to LV, including but not limited to, brand damage, business disparagement, skewed customer perceptions, and economic loss.

## **PRAYER**

143.   Plaintiffs pray for entry of judgment including the following relief:

    a.    Preliminary and permanent injunctive relief precluding Defendants' from continuing to disseminate false, disparaging, and defamatory statements about or concerning LV and its trailers;

    b.    Preliminary and permanent injunctive relief ordering Defendants to take down and retract all social media posts, blogs, comments, and online statements containing disparaging, false, and defamatory statements about or concerning LV and its trailers;

    c.    An Order directing Defendants to make curative and remedial statements online and on social media retracting and rescinding their prior false, defamatory, and injurious statements about or concerning LV and its trailers;

    d.    Award of actual damages in a sum to be proven at time of trial, in no event less than $75,000;

    e.    Award of compensatory damages for lost business, lost profits, reputational harm, and brand damage; and

    f.    Such other and further relief as the Court deems appropriate.

Date: September 7, 2022                              OWENS & GACH RAY


By */s/ Robert B. Owens*

Robert B. Owens

Attorneys for Plaintiff Living Vehicle, Inc.

31

## **DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury of Plaintiff's claims in this action, and on all claims and issues that are triable by a jury.

Date: September 7, 2022                                OWENS & GACH RAY


By *s/ Robert B. Owens*
                        Robert B. Owens
                        Attorneys for Plaintiff Living Vehicle, Inc.

FIRST AMENDED COMPLAINT FOR DEFAMATION, TRADE LIBEL, PRODUCT DISPARAGEMENT, AND INJUNCTIVE RELIEF