Robert B. Owens, Esq. (Bar No. 77671)
rowens@ogrlaw.com
**OWENS & GACH RAY**
269 S. Beverly Drive, Suite #1074
Beverly Hills, CA 90212
Ph: (310) 553-6611
Fax: (310) 954-9191

Gene Markin, Esq.
gmarkin@stark-stark.com
**STARK & STARK, P.C.**
993 Lenox Drive, Bldg. Two
Lawrenceville, NJ 08648
Ph: (609) 895-7248
Fax: (609) 895-7395
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*
*Living Vehicle, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVING VEHICLE, INC.,<br><br>　　　　　　**Plaintiff,**<br><br>vs.<br><br>MEGAN KELLEY aka MEGAN GRAHAM and JEFF ROBINSON,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-06226-RGK (ASx)<br><br>**PLAINTIFF LIVING VEHICLE, INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>**Courtroom: 850**<br>**Judge: Honorable R. Gary Klausner** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to L.R. 79-5.2.2(a), Plaintiff Living Vehicle, Inc. ("Living Vehicle") hereby applies for leave to file and maintain under seal certain portions of its Exhibits filed in connection with its Motion for a

Preliminary Injunction.

    This Application is made on the grounds that there exists good cause to seal Living Vehicle's confidential, sensitive, and proprietary business information submitted in connection with a motion that overrides the extremely limited public interest, if any, in its disclosure.

    This Application is based upon the attached Memorandum of Points and Authorities, the Declaration of Gene Markin in support thereof, the pleadings and papers on file in this action, and such other argument and evidence as may be offered in connection with this Application.

Date: November 7, 2022                      OWENS & GACH RAY

                                                      By */s/ Robert B. Owens*
                                                          Robert B. Owens
                                                          *Attorneys for Plaintiff Living Vehicle, Inc.*

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Local Rule 79-5.2.2(a), Plaintiff Living Vehicle, Inc. ("Living Vehicle") submits this application to seal limited portions of two exhibits submitted in support of its Motion for Preliminary Injunction (to be filed shortly). The exhibits are emails from two prospective Living Vehicle customers and contain identifying information about the customer, *i.e.* name, email address, and phone number. Living Vehicle considers this customer information private, confidential, and proprietary. Moreover, Living Vehicle wishes to respect the privacy of its prospective customers. As such, public disclosure of that information would further no significant public interest in these proceedings, but potentially result in competitive and other harm to Living Vehicle.

Accordingly, Living Vehicle respectfully requests the Court maintain the confidentiality of this information by allowing it to be filed under seal.

## I.     Designating Party.

The confidential information at issue belongs to Living Vehicle, and thus Living Vehicle is both the Filing Party and the Designating Party for this motion. *See* L.R. 79-5.2.2(a).

## II.    Information To Be Sealed

Living Vehicle seeks to seal the following narrowly-tailored portions of two email exhibits attached to the Declaration of Matthew Hofmann in support of Plaintiff's Motion for Preliminary Injunction (the "Hofmann Decl."):

- Exhibit F to the Hofmann Decl. – Email correspondence with customer; customer name and email address redacted.

- Exhibit G to the Hofmann Decl. – Email correspondence with prospective customer; customer email and phone number redacted.

### III. <u>Living Vehicle's Application Should Be Granted for Good Cause</u>

It is well settled that "access to judicial records is not absolute." *Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

Courts in this Circuit regularly grant applications to seal in order to protect the customers whose "identities...are not generally known to the public" and who have "an interest in maintaining their privacy." *Houston Casualty Company v. Cibus US LLC*, No. 19-cv-00828-BAS-LL, 2021 U.S. Dist. LEXIS 178895, 2021 WL 4267406 at *3 (S.D. Cal. Sept. 20, 2021). California federal courts have granted leave to file under seal in those instances where the identities of customers not involved in the litigation are "inconsequential to the merits of" the underlying dispute and so the need for public access to materials revealing those identities is "substantially attenuat[ed]." *Id.*; *see also Vega v. Honeywell International, Inc.*, No. 3:19-CV-0663 W-BGS, 2021 U.S. Dist. LEXIS 245748, 2021 WL 6106424 at *2 (S.D. Cal. March 23, 2021) (collecting cases).

Therefore, Plaintiff's need to protect its clients' identities presents a compelling reason to redact the customers' names and contact information from the emails in Exhibits F & G to the Hofmann Decl.

### IV. <u>Conclusion</u>

For all the foregoing reasons, Living Vehicle respectfully requests the Court grant its application to file the designated portions of its exhibits under seal. Should the Court conclude that further information or evidence is required to support the sealing of this information, Living Vehicle respectfully requests the Court maintain the document under seal until Living Vehicle has provided any additional information requested and the Court has ruled on this Application.

Date: November 7, 2022                          OWENS & GACH RAY

                                                                 By /s/ Robert B. Owens_____
                                                                    Robert B. Owens
                                                                  *Attorneys for Plaintiff Living Vehicle, Inc.*

CERTIFICATE OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years, and not a party to the within action. I am an employee of or agent for Owens & Gach Ray, 269 S. Beverly Drive, #1074, Beverly Hills, California 90212.

I hereby certify that on November 7, 2022, I electronically filed the document entitled **PLAINTIFF LIVING VEHICLE, INC.'S APPLICATION TO FILE DOCUMENTS UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES** with the Clerk of the Court by using the CM/ECF system. I certify that participants in the case that are registered CM/ECF users will receive service that will be accomplished by the appellate CM/ECF system.

Executed on November 7, 2022, in San Carlos, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Catherine Lin*

Catherine Lin