# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVING VEHICLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEGAN KELLEY aka MEGAN GRAHAM and JEFF ROBINSON, <br><br> Defendants. | Case No: 2:22-cv-06226-RGK (ASx) <br><br> ~~[PROPOSED]~~ ORDER [34] <br><br> Case Filed:    August 31, 2022 <br> FAC Filed:     September 7, 2022 <br> FAC Served:   September 29, 2022 <br><br> ~~Current Response Date:   November 11, 2022~~ <br><br> ~~Proposed~~ Response Date: **November 15, 2022** |

The Court, having read and considered the Second Joint Stipulation ("Stipulation") between Plaintiff Living Vehicle, Inc., ("Plaintiff") and Defendants Megan Kelley aka Megan Graham and Defendant Jeff Robinson ("Defendants") to Extend Defendants' time to file a response to Plaintiff's First Amended Complaint, and for good cause shown,

ORDERS THAT THE Stipulation is in all respects APPROVED. The date by which Defendants may respond to the First Amended Complaint is extended from November 11, 2022 to November 15, 2022.

**IT IS SO ORDERED.**

Dated: 11/8/2022 _____, 2022

_____
Honorable R. Gary Klausner
United States District Judge