Robert B. Owens, Esq. (Bar No. 77671)
rowens@ogrlaw.com
OWENS & GACH RAY
269 S. Beverly Drive, #1074
Beverly Hills, CA 90212
Ph: (310) 553-6611
Fax: (310) 954-9191

Gene Markin, Esq.
gmarkin@stark-stark.com
STARK & STARK, P.C.
993 Lenox Drive, Bldg. Two
Lawrenceville, NJ 08648
Ph: (609) 895-7248
Fax: (609) 895-7395
*Admitted Pro Hac Vice*

*Attorneys for Plaintiff*
*Living Vehicle, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVING VEHICLE, INC., | ) Case No. 2:22-cv-06226-RGK (ASx) |
| Plaintiff, | ) [PROPOSED] ORDER GRANTING |
| vs. | ) PLAINTIFF LIVING VEHICLE'S |
| | ) APPLICATION TO FILE |
| MEGAN KELLEY aka MEGAN GRAHAM and JEFF ROBINSON, | ) DOCUMENTS UNDER SEAL [38] |
| | ) Courtroom: 850 |
| Defendants. | ) Judge: Honorable R. Gary Klausner |

1

Before the Court is Plaintiff's Application to Seal. The Court has considered the application papers and the Court hereby **GRANTS** the application. Plaintiff is granted leave to file redacted versions of the following exhibits under seal in connection with its Motion for Preliminary Injunction: Exhibits F and G attached to the Declaration of Matthew Hofmann.

**IT IS SO ORDERED**.

Dated: 11/9/2022

Honorable R. Gary Klausner
District Court Judge