**OWENS & GACH RAY**
Robert B. Owens, Esq. (Bar No. 77671)
rowens@ogrlaw.com
269 S. Beverly Drive, #1074
Beverly Hills, CA 90212
Ph: (310) 553-6611
Fax: (310) 954-9191

**STARK & STARK, P.C.**
Gene Markin, Esq.
gmarkin@stark-stark.com
993 Lenox Drive, Bldg. Two
Lawrenceville, NJ 08648
Ph: (609) 895-7248
Fax: (609) 895-7395
*(PRO HAC VICE)*

*Attorneys for Plaintiff Living Vehicle, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVING VEHICLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEGAN KELLEY aka MEGAN GRAHAM and JEFF ROBINSON, <br><br> Defendants. | Case No: 2:22-cv-06226-RGK (ASx) <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE [FRCP 41(A)] AND ORDER OF DISMISSAL** <br><br> **Judge: Hon. R. Gary Klausner** |

**PLEASE TAKE NOTICE THAT:**

Plaintiff Living Vehicle, Inc. ("Plaintiff") and Defendants Megan Kelley and Jeff Robinson ("Defendants", collectively referred to with Plaintiff as "Parties"), by and through their counsel of record, hereby stipulate and agree under Federal Rules of

Civil Procedure, Rule 41(a), that this action, including all claims and parties, be dismissed with prejudice, with each party to bear that party's own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: July 12, 2023                **OWENS & GACH RAY**

By   /s/ Robert B. Owens
     Robert B. Owens

**STARK & STARK, P.C.**

By   /s/ Gene Markin
     Gene Markin

*Attorneys for Plaintiff Living Vehicle, Inc.*

Dated: July 12, 2023                **SKLAR KIRSH LLP**

By   /s/ Elan Blockh
     Elan Bloch

**MINC LLC**

By   /s/ Nathan P. Woodward
     Daniel A. Powell
     Nathan P. Woodward

*Attorneys for Defendants,*
*Megan Kelley and Jeff Robinson*

# ATTESTATION

I hereby attest that I have obtained the concurrence in the filing of this document from the signatory whose "conformed" signature (/s/) appears within this e-filed document.

Dated: July 12, 2023

**OWENS & GACH RAY**

By   /s/ Robert B. Owens
     Robert B. Owens