JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIVING VEHICLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> MEGAN KELLEY aka MEGAN GRAHAM and JEFF ROBINSON, <br><br> Defendants. | Case No: 2:22-cv-06226-RGK (ASx) <br><br> **ORDER OF DISMISSAL** <br> [83] |

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: 7/12/2023

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE